**Order entered December 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01362-CV

### DIANA FAY BASS, Appellant

### V.

### RICHARD H. BASS, Appellee

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-54722-2015**

## ORDER

Before the Court are numerous motions filed by appellant and a motion to dismiss the appeal for want of jurisdiction filed by appellee. Appellee contends the appeal should be dismissed because a final judgment has not been rendered.

This is a divorce proceeding. The parties signed a mediated settlement agreement. To effectuate a provision of that agreement, the trial court signed an order on November 2, 2015 appointing appellee as receiver with the authority to sell property designated as his separate property in the mediated settlement agreement.

On November 6, 2015, appellant filed a notice of appeal. In her notice of appeal, appellant complains mostly of the mediated settlement agreement. She does, however, also complain of the ex parte hearing leading to the receivership order.

A party may bring an interlocutory appeal from an order appointing a receiver. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(1) (West Supp. 2015). Accordingly, this appeal is proceeding only from the interlocutory order appointing a receiver. This appeal follows an accelerated timetable. *See* TEX. R. APP. P. 28.1(a).

The record in this case is past due. Appellant is indigent and is allowed to proceed without advance payment of costs. Accordingly, we **ORDER** Yoon Kim, Collin County District Clerk, to file, **BY DECEMBER 21, 2015**, the clerk's record.

We **ORDER** Kimberly Tinsley, Official Court Reporter for the 401st Judicial District Court, to file, **BY DECEMBER 21, 2015**, either (1) the reporter's record or (2) written verification that appellant has not requested preparation of the reporter's record. We caution appellant that if the Court receives written confirmation of no request, we will order the appeal submitted without the reporter's record.

We **DENY** as moot appellant's November 16, 2015 motion to extend time to establish indigence by affidavit.

We **GRANT** appellant's November 16, 2015 motion for an extension of time to file the docketing statement. The docketing statement received on November 12, 2015, is timely filed.

We **DENY** as premature appellant's December 4, 2015 motion for an extension of time to file a brief. Appellant's brief will be due twenty days after the later of the date the clerk's record or reporter's record is filed. *See* TEX. R. APP. P. 38.6(a).

Because the Court has determined that this appeal will proceed as an accelerated appeal from the interlocutory order appointing a receiver, we **DENY** appellee's motion to dismiss the appeal for want of jurisdiction.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Mr. Kim, Ms. Tinseley, and all parties.

/s/ ELIZABETH LANG-MIERS
   JUSTICE